STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant HEATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 16-0044 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING COMPETENCY HEARING |
| ) | |
| LEONARD HEATH, ) | Honorable William H. Alsup |
| ) | |
| Defendant. ) | |
| _____ ) | |

On March 1, 2016, the Court issued an order granting the unopposed motion of undersigned counsel for Defendant Leonard Heath for a competency evaluation for Mr. Heath. *See* Order (Docket #13) (filed Mar. 1, 2016). That order set a competency hearing for April 26, 2016. *See id.* The parties have learned that Mr. Heath just arrived at the BOP facility outside the district for his competency evaluation this week. As such, the facility has indicated that it will not have sufficient time to complete the evaluation and have Mr. Heath returned to the district by April 26, 2016. Instead, the facility has indicated that a realistic date for the hearing would be May 24, 2016. Accordingly, the parties stipulate and jointly request that the competency hearing scheduled for April 26, 2016, be continued to May 24, 2016, at 2:00 p.m. The parties further stipulate and jointly request that the status conference set for April 5, 2016, be vacated. Finally the parties stipulate and jointly request that time under the Speedy Trial Act be excluded through May 24, 2016, pursuant to 18 U.S.C. § 3161(h)(1)(A).

IT IS SO STIPULATED.

                                        BRIAN STRETCH
                                        United States Attorney

DATED:    3/30/14              _____/s/_____
                                        BRIAN FAERSTEIN
                                        Assistant United States Attorney


DATED:    3/30/14              _____/s/_____
                                        DANIEL P. BLANK
                                        Assistant Federal Public Defender
                                        Attorney for Leonard Heath

IT IS SO ORDERED.

DATED:  April 1, 2016.         _____
                                        WILLIAM H. ALSUP
                                        United States District Judge

STIP. & ~~PROP~~. ORDER                    1