BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIAN R. FAERSTEIN (CABN 274850)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6473
    Fax:  (415) 436-7234
    E-Mail:  brian.faerstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00044 WHA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 14, 2016, TO JULY 12, 2016 |
| v. | |
| LEONARD NATHANIEL HEATH, | |
| Defendant. | |

    The United States of America, by and through Assistant United States Attorney Brian R. Faerstein, and defendant Leonard Nathaniel Heath, by and through defense counsel Daniel Blank, hereby stipulate that, with the Court's approval, the time between June 14, 2016 and July 12, 2016 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

    The parties appeared before the Court on June 14, 2016, at 1:00 p.m., for a competency hearing pursuant to 18 U.S.C. § 4241(c) and a further status conference in this proceeding. Upon the request of the parties, the Court set a further status hearing in this matter for July 12, 2016, at 2:00 p.m. as the

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
16-CR-00044 WHA    1

parties discuss a potential resolution of this case.  Upon the representation of counsel for the defendant that he needed additional time to conduct necessary investigation and further review the case with his client following the completion of the competency evaluation process, the defendant requested that time be excluded under the Speedy Trial Act between June 14, 2016 and July 12, 2016, for effective preparation of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv).  The government had no objection to this request.

The parties stipulate that the failure to exclude would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate that the requested exclusion of time, from June 14, 2016 to July 12, 2016, is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated:  June 15, 2016              BRIAN J. STRETCH
                                   United States Attorney

                                   ___/s/_____
                                   BRIAN R. FAERSTEIN
                                   Assistant United States Attorney

Dated:  June 15, 2016              ___/s/_____
                                   DANIEL BLANK
                                   Attorney for LEONARD NATHANIEL HEATH

Attestation of Filer

In addition to myself, the other signatory to this document is <u>Daniel Blank</u>.  I hereby attest that I have his permission to enter a conformed signature on his behalf and to file this document.

Dated:  June 15, 2016              ___/s/_____
                                   BRIAN R. FAERSTEIN
                                   Assistant United States Attorney

//

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
16-CR-00044 WHA                                    2

**[PROPOSED] ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 14, 2016 and July 12, 2016, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 14, 2016 and July 12, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between June 14, 2016 and July 12, 2016, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  June 15, 2016.                    _____
HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
16-CR-00044 WHA                                3